

# Fourth Court of Appeals
## San Antonio, Texas

April 23, 2020

No. 04-20-00030-CV

Craig **SWIFT,**
Appellant

v.

**DENNIS SKINNER DS PROPERTY MANAGEMENT,**
Appellee

From the County Court at Law No. 3, Bexar County, Texas
Trial Court No. 2019CV09769
Honorable John Longoria, Judge Presiding

# O R D E R

On March 5, 2020, we ordered appellant to file his appellant's brief by April 6, 2020. Neither the brief nor a motion for extension of time has been filed. We therefore **ORDER** appellant to file, **by May 8, 2020,** his brief and a written response reasonably explaining: (1) his failure to timely file a brief; and (2) why appellee is not significantly injured by appellant's failure to timely file a brief. If appellant fails to timely file a brief and the written response by the date ordered, we will dismiss the appeal for want of prosecution. *See* TEX. R. APP. P. 38.8(a); *see also* TEX. R. APP. P. 42.3(c) (allowing involuntary dismissal if appellant fails to comply with court order).

_____
Beth Watkins, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 23rd day of April, 2020.

_____
MICHAEL A. CRUZ,
Clerk of Court